B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–01766**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael Terry
   120 E Joe Orr Rd
   Chicago Heights, IL 60411

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9438

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                            FOR THE COURT

Dated: <u>May 2, 2011</u>                                   <u>Kenneth S. Gardner, Clerk</u>
                                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                                    Case No. 11-01766-CAD
Michael Terry                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: lhuley               Page 1 of 1           Date Rcvd: May 02, 2011
                             Form ID: b18               Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2011.
db           +Michael Terry,    120 E Joe Orr Rd,    Chicago Heights, IL 60411-1225
aty          +Jason Blust,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
16683441     +Allied Interstate,    3000 Corporate Exchange Dr,    5th Floor,    Columbus, OH 43231-7723
16683442     +Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
16683445     +City Ntl Bk,    Attn: Bankruptcy,    Po Box 785057,    Orlando, FL 32878-5057
16683447     +Frontline Asset Strategies LLC,    1935 W County Rd B2,    Suite 425,    Saint Paul, MN 55113-2797
16683448      Great Lakes Cr Un,    Building 290,    Great Lakes, IL 60088
16683451     +Hudson & Keyse, LLC,    382 Blackbrook Road,    Painesville, OH 44077-1294
16683453     +Leading Edge Recovery,    PO Box 505,    Linden, MI 48451-0505
16683454     +Lease Finance Group Ll,    233 N Michigan Ave Ste 1,    Chicago, IL 60601-5502
16683456     +Ocwen Loan Services,    PO Box 740616,    Atlanta, GA 30374-0616
16683458     +Superior Mgt,    Attn: Bankruptcy,    Po Box 468089,    Atlanta, GA 31146-8089
16683459     +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
16683460     +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QPDLEVEY.COM May 02 2011 23:53:00      Phillip D Levey, ESQ,    2722 North Racine Avenue,
               Chicago, IL 60614-1206
16683440     +EDI: ALLIANCEONE.COM May 02 2011 23:53:00      Alliance One,    1160 Centre Pointe Drive,    Suite 1,
               Mendota Heights, MN 55120-1270
16683443     +E-mail/Text: jraichel@cms-collect.com May 03 2011 00:13:17       Capital Management Services,
               726 Exchange Street - Suite 700,    Buffalo, NY 14210-1464
16683444     +EDI: CAPITALONE.COM May 02 2011 23:53:00      Capital One,    PO Box 60000,    Attn: Bankruptcy Dept,
               Seattle, WA 98190-6000
16683446     +EDI: CITICORP.COM May 02 2011 23:53:00      Exxmblciti,    Attn.: Centralized   Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
16683449     +EDI: HFC.COM May 02 2011 23:53:00      Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,
               Carol Stream, IL 60197-5253
16683450     +EDI: HFC.COM May 02 2011 23:53:00      Hsbc/rs,    Attn: Bankruptcy,    Po Box 5263,
               Carol Stream, IL 60197-5263
16683452     +EDI: IRS.COM May 02 2011 23:53:00      IRS,    Special Procedures - Insolvency,    PO Box 7346,
               Philadelphia, PA 19101-7346
16683455     +EDI: RESURGENT.COM May 02 2011 23:53:00      LVNV Funding,    P.O Box 10497,
               Greenville, SC 29603-0497
16683457     +EDI: SEARS.COM May 02 2011 23:53:00      Sears/cbsd,    8725 W. Sahara Ave,
               The Lakes, NV 89163-0001
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2011                    Signature:       *Joseph Speetjens* (signature)